STATE OF MAINE  
CUMBERLAND, ss.

SUPERIOR COURT  
CIVIL ACTION  
Docket No. AP-2022-23

)
)
MARK ILLIAN, )
)
Plaintiff / Appellee, )
)
v. ) **ORDER DISMISSING APPEAL**
)
LISA CHULUDA, )
)
Defendant / Appellant. )

This matter is before the Court on Plaintiff/Appellee Mark Illian's Motion to Dismiss Appeal and for Writ of Possession to Issue. Defendant/Appellant Lisa Chuluda failed to timely oppose the motion. "When a motion is unopposed, the court need not reach the merits of the motion because, under Rule 7(c)(3), the adverse party has waived any objection to it." *Petit v. Lumb*, 2014 ME 117, ¶ 8, 103 A.3d 205. Accordingly, the Court grants Illian's Motion and dismisses Chuluda's appeal.

The entry is:

Plaintiff/Appellee Mark Illian's Motion to Dismiss Appeal and For Writ of Possession to Issue is GRANTED. Defendant/Appellant Lisa Chuluda's Appeal is DISMISSED. The writ of possession may issue pursuant to 14 M.R.S. § 6005.

The Clerk is directed to incorporate this Decision and Order into the docket by reference pursuant to Maine Rule of Civil Procedure 79(a).

Dated: 7/25/2022

_____  
MaryGay Kennedy, Justice  
Maine Superior Court

Entered on the Docket: 7/26/2022

REC'D CUMB CLERKS OFC  
JUL 25 '22 PM 1:58